IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN LEWIS WILLIAMS, JR.,
    Petitioner,

vs.                                              Case No. 3:12cv224/LAC/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 19, 2013 (doc. 57). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     The amended petition for writ of habeas corpus (doc. 45) is **DENIED**.

    3.     A certificate of appealability is **DENIED**.

    4.     All pending motions are **DENIED** as Moot.

**DONE AND ORDERED** this 26th day of August, 2013.

                                                     s/*L.A. Collier*
                                                     **LACEY A. COLLIER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**